IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:06cr78-SPM

WARDELL GORDON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Motion for Continuance of Sentencing Hearing (doc. 31) is granted.  Sentencing is reset for 1:30 p.m. on June 18, 2007 at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 11th day of May, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge